# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTO BARRIOS-ARROYO,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:08-cv-1944-Orl-22DAB**

**J.L. WILSON CONCRETE, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss (Doc. No. 3) filed on November 19, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 3, 2008 (Doc. No. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss (Doc. No. 3) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 22, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge

-2-