# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROBERTO BARRIOS-ARROYO,**

        **Plaintiff,**

**-vs-**                                               **Case No. 6:08-cv-1944-Orl-22DAB**

**J.L. WILSON CONCRETE, INC.,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO WITHDRAW (Doc. No. 22)**
>
> **FILED:**       **March 30, 2009**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

      On March 18, 2009, the Court issued an Order to Show Cause, which gave counsel 11 days to show why sanctions should not be imposed for failure to prosecute or defend. Defendant responded (Doc. No. 21), asserting that Plaintiff's counsel has failed to comply with the Court's Scheduling Order in failing to file Verified Interrogatory Answers[1] and failing to properly coordinate to file a Case Management Report. Defendant asserts that it has provided proof to Plaintiff's counsel that no violations of FLSA have occurred, and asks the Court to dismiss the action, for failure to prosecute.

---

[1] The answers filed are unsigned (Doc. Nos. 11 and 14).

Plaintiff's counsel has filed only the instant motion to withdraw, which fails to comply with the local rules. *See* Local Rules 3.01(g), and 2.03.

Absent any sufficient response by Plaintiff to the Order to Show Cause, and in view of the matters contained therein and in Defendant's Response, it is **respectfully recommended** that the Court dismiss the action for failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 30, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy