# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERTO BARRIOS-ARROYO,**

        **Plaintiff,**

-vs-                                  **Case No. 6:08-cv-1944-Orl-22DAB**

**J.L. WILSON CONCRETE, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion to Withdraw as Counsel for Plaintiff (Doc. No. 22) filed on March 30, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and that the case be dismissed for failure to prosecute.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 30, 2009 (Doc. No. 23) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Withdraw as Counsel for Plaintiff (Doc. No. 22) is DENIED.

3. This action is DISMISSED without prejudice for failure to prosecute.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 17, 2009.

Copies furnished to:

Counsel of Record

Roberto Barrios-Arroyo
1603 Americana Blvd., Apt. 17 M
Orlando, FL 32839

ANNE C. CONWAY
United States District Judge